THE UNITED STATES DISTRICT COURT
For the Eastern District of Texas
Sherman Division

**FILED**

NOV 2 4 2020

Clerk, U.S. District Court
Eastern District of Texas

John E. Barry,
     Petitioner

v.

United States of America,
     Respondent

Case No: 4:10-cr-00057-ALM-CAN

## Motion requesting Appointment of Counsel

1) Now comes John E. Barry, the "Petitioner" in the above referenced case requesting the court appoint Counsel to assist Petitioner in his Emergency Motion for Modification of Sentence Pursuant to 18 USC 83582(c)(1)(A) docketed on Sep. 28, 2020 as item 4:10CR57(1) by the Clerk of the Court.

2) As of this date, November 14, 2020, Petitioner has not heard or been notified on any status of this Emergency Motion and as such makes this instant request for Appointment of Counsel to help in expediting the proceedings as well as preparing responses to any government response to the original submission

Respectfully Submitted,

John Barry
#16957-078
Federal Medical Center Devens
PO Box 879
Devens, MA 01434

Certificate of Service

I, John E. Barry, certify that on November 16, 2020, I mailed a copy of this motion by First Class Mail, United States Postal Service, through the prison mail system, to the clerk of the court for the above referenced Court.

Respectfully,

John E. Barry

November 16, 2020